# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 5, 2007

132684

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

_____

IN RE LUCAS BOWEN HAGGERTY, Minor.

_____

DEPARTMENT OF HUMAN SERVICES,
      Petitioner-Appellee,

v

                                      SC: 132684
                                      COA: 269826
                                      Oakland CC
JASON STEVEN HAGGERTY,              Family Division: 05-712273-NA
      Respondent-Appellant.

_____/

      On order of the Court, the application for leave to appeal the November 21, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



     I,  Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 5, 2007                                _____

s0103                                            Clerk